JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOT SHOT HK, LLC, | ) | CV 14-8026 DSF (PLAx) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| FEDERAL INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute, and plaintiff not having timely made an appearance through counsel,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

7/2/15

Dated: _____

_____
Dale S. Fischer
United States District Judge